M. P. No. 78-413. Emma Lake *et al. v.* School Committee of the Town of Coventry and Board of Regents for Education in the State of Rhode Island. The petition for writ of certiorari is denied. *Abedon, Stanzler, Biener, Skolnik*

*and Lipsey, Richard A. Skolnik, Lynette Labinger,* for petitioners. *Gunning, LaFazia & Gnys, Inc., Bennett R. Gallo,* for School Committee of the Town of Coventry.